

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME PHARMACEUTICALS SRL,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD.,<br><br>Defendants. | Civil Action No. 09-0233 (GEB)(TJB)<br><br>[PROPOSED] CONSENT ORDER ADMINISTRATIVELY TERMINATING THIS ACTION PENDING THE ENTRY OF APPROPRIATE FINAL JUDGMENT |

THIS MATTER having been jointly presented to the Court by Consent Order by Plaintiff Merck Sharp & Dohme Pharmaceuticals SRL and Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd., and all parties consenting to administratively terminate the above captioned case ("Singulair® II") provided that Singulair® II be reopened for the entry of final judgment upon the entry of final judgment in Civil Action No. 07-1596 (GEB)(TJB)(Consolidated) ("Singulair® I") per the Stipulation and Order Regarding Final Judgment dated April 3, 2009;

IT IS on this /5 day of April, 2009,

ORDERED that the above captioned case will be administratively terminated; and

IT IS FURTHER ORDERED that upon the entry of final judgment in Singulair® I, the above captioned case will be immediately reopened for entry of final judgment consistent with the result in Singulair® I, as anticipated by the Stipulation and Order Regarding Final Judgment dated April 3, 2009.

| | |
|---|---|
| Dated: April 15, 2009 | Respectfully submitted, |

By: s/ Sheila F. McShane
David E. DeLorenzi, Esq.
Sheila F. McShane, Esq.
GIBBONS, P.C.
A Professional Corporation
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Nicolas G. Barzoukas, Esq.
Jason C. Abair, Esq.
Joshua P. Davis, Esq.
Audrey L. Maness, Esq.
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
(713) 546-5000

Peter Sandel, Esq.
Rebecca Fett, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Matthew D. Powers, Esq.
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

*Attorneys for Plaintiff Merck Sharp & Dohme Pharmaceuticals SRL*

By: s/ Michael E. Patunas
Allyn Z. Lite, Esq.
Michael E. Patunas, Esq.
Mayra V. Tarantino, Esq.
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
(973) 623-3000

Richard A. Kaplan, Esq.
Ralph J. Gabric, Esq.
Stephanie J. Felicetty, Esq.
John E. Haugen, Esq.
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200

Daryl L. Wiesen, Esq.
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
(617) 570-1396

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd.*

IT IS SO ORDERED.

The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge